1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JORGE GARCIA-GONZALEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      )  NO. 2:05-cr-0513 MCE
                                  )
13              Plaintiff,        )  STIPULATION AND [PROPOSED] ORDER
                                  )  VACATING TRIAL CONFIRMATION AND
14      v.                        )  JURY TRIAL HEARINGS AND SETTING
                                  )  STATUS CONFERENCE
15 JORGE GARCIA-GONZALEZ,         )
                                  )  Date:  February 21, 2006
16              Defendant.        )  Time:  8:30 a.m.
                                  )  Judge: Morrison C. England, Jr.
17 _____)

18

19      IT IS HEREBY STIPULATED by and between MICHAEL BECKWITH, Assistant
20 United States Attorney, and MATTHEW BOCKMON, attorney for defendant
21 JORGE GARCIA-GONZALEZ, that the trial confirmation hearing date of
22 January 24, 2006 and the jury trial date of February 8, 2006 be vacated
23 and the case set for status hearing on February 21, 2006 at 8:30 a.m.
24      This continuance is requested because defense counsel needs
25 additional time to prepare, to review discovery with his client, to
26 conduct ongoing investigation, and to continue negotiations with the
27 government toward a possible resolution of the case.
28 ///

1    The parties agree that the Court should exclude time under the
2  Speedy Trial Act from the date of this order through the date of the
3  status conference set for February 21, 2006 pursuant to 18 U.S.C. §
4  3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.
5  Dated: January 20, 2006

                                        Respectfully submitted,

                                        DENNIS S. WAKS
                                        Acting Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JORGE GARCIA-GONZALEZ

Dated: January 20, 2006                 MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        per telephonic authority

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**O R D E R**

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.

IT IS SO ORDERED that the trial confirmation of January 24, 2006 and jury trial of February 8, 2006 be vacated and the case set for status conference on February 21, 2006 at 8:30 a.m.

Dated: January 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE