```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE GARCIA-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-513-MCE |
| ) Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. ) ) | |
| JORGE GARCIA-GONZALEZ, ) ) | Date:  March 7, 2006 Time:  8:30 a.m. |
| Defendant. ) ) | Judge: Morrison C. England, Jr. |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between MICHAEL BECKWITH, Assistant United States Attorney, and MATTHEW BOCKMON, attorney for defendant JORGE GARCIA-GONZALEZ, that the status conference presently scheduled for February 21, 2006 be vacated and scheduled for status conference on March 7, 2006 at 8:30 a.m.

   This continuance is requested because defense counsel will be out of the district.

   The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the status conference set for March 7, 2006 pursuant to 18 U.S.C. § 3161

1 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.

2 Dated: February 15, 2006

3                                        Respectfully submitted,

4                                        DANIEL J. BRODERICK
Acting Federal Defender

5 /s/ Matthew C. Bockmon

6 _____
MATTHEW C. BOCKMON

7 Assistant Federal Defender
Attorney for Defendant

8 JORGE GARCIA-GONZALEZ

9

10 Dated: February 15, 2006         MCGREGOR W. SCOTT
United States Attorney

11

12 /s/ Matthew C. Bockmon for
_____

13 MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

14

15 **O R D E R**

16     FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice

17 served by granting this continuance outweigh the best interest of the

18 public and the defendant in a speedy trial.  Time is excluded under

19 Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.

20     IT IS SO ORDERED that the status conference hearing date of

21 February 21, 2006 be vacated and scheduled for status conference on

22 March 7, 2006 at 8:30 a.m.

23 Dated: February 23, 2006

24

25

26 _____
MORRISON C. ENGLAND, JR

27 UNITED STATES DISTRICT JUDGE

28

2